IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY THOMPSON                                                    PLAINTIFF

v.                         3:25-cv-246-DPM

JURHA HOUSING AND COMMUNITY
DEVELOPMENT ORGANIZATION,
fictitiously known as JURHA HCDO and/or
Jonesboro Urban Renewal & Housing
Authority; ELIZABETH STAFFORD,
President, Board of Directors, individually
and collectively; DENNIS ZOLPER, Vice
Chairperson, Board of Directors, individually
and collectively; DEBORAH AGNEW, Board
Member, individually and collectively;
GENA MYERS, Former Director of Board,
JSG Tax Credit, individually and collectively;
JANICE RICHMOND, Assistant Director,
JURHA, individually and collectively; and
SHARON SPIKES, Executive Director,
JURHA, individually and collectively                                DEFENDANTS

ORDER

I have known Dennis Zopler for decades and we used to be neighbors. He's sued individually, not just in his official capacity as a board member. In the circumstances, my impartiality could reasonably be questioned. 28 U.S.C. §455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2025