IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY THOMPSON PLAINTIFF

Vs. Case No. 3:25-cv-00246-KGB

JURHA HOUSING AND COMMUNITY DEVELOPMENT ORGANIZATION, *et al.* DEFENDANTS

**DEFENDANT JURHA'S BRIEF IN SUPPORT OF MOTION TO COMPEL**

Come now Defendant, JURHA Housing and Community Development Organization ("JURHA"), by and through its counsel, Barber Munson, and for its Brief in Support of Motion to Compel, states:

**INTRODUCTION**

On November 3, 2025, Tiffany Thompson (hereinafter "Plaintiff"), filed her action alleging essentially wage and hour violations against JURHA and others. Plaintiff filed an Amended Complaint on November 12, 2025, and a timely Answer was filed on behalf of JURHA, Janice Richmond and Sharon Spikes on December 17, 2025. An Initial Scheduling Order was subsequently filed on March 12, 2026, and JURHA issued written discovery to Plaintiff on May 18, 2026 following the parties' Rule 26 discovery conference. See Exhibit A.

The Plaintiff has failed to respond to the discovery requested by JURHA. Counsel for JURHA inquired with Plaintiff's counsel on June 22, 2026 concerning the overdue discovery responses, and at times thereafter by telephone. See Exhibit B. In response to this correspondence, Plaintiff's counsel indicated that he would need an additional week to complete the discovery

responses. See Exhibit C. On July 3, 2026, Plaintiff's counsel indicated that he would need an additional two more weeks to respond to the discovery. See Exhibit D.

Over a month later, on August 4, 2026, Plaintiff's counsel indicated that he had acquired all material necessary to respond to JURHA's discovery, and that he was attempting to put it in pleading form. See Exhibit E. Finally, on September 11, 2026, Plaintiff's counsel indicated that he was still attempting to properly respond to JURHA's discovery requests. See Exhibit F. To date, the Plaintiff has not responded in any manner to JURHA's discovery requests, nor has she provided Initial Disclosures as required by the Federal Rules of Civil Procedure and the Joint Rule 26(f) Report. JURHA now requests that the Court enter an Order compelling the plaintiff to fully respond to the discovery within seven (7) days.

**LAW AND ARGUMENT**

The Federal Rules of Civil Procedure unequivocally state that "a party seeking discovery may move for an order compelling an answer, designation, production, or inspection…if a party fails to answer an interrogatory submitted under Rule 33; or a party fails to produce documents…as requested under Rule 34." Fed. R. Civ. P. 37(a)(3)(B)(iii-iv). The Federal Rules further state that "if a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions". Fed. R. Civ. P. 37(a)(3)(A). Finally, any Motion to Compel under Rule 37 "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without Court action." Fed R. Civ. P. 37(a)(1).

JURHA propounded discovery to the Plaintiff on May 18, 2026. See Exhibit A to Motion. Responses to these discovery requests still have yet to be produced by the Plaintiff, almost three (3) months after the Plaintiff had been given these requests. Specifically, the Plaintiff has not

responded to propounded interrogatories submitted pursuant to Rule 33, the Plaintiff has not responded to requests for production submitted pursuant to Rule 34.

Furthermore, the Plaintiff has not provided her required Initial Disclosures. Rule 26 of the Federal Rules of Civil Procedure states that "a party must, without awaiting a discovery request, provide to the other parties" a series of initial disclosures. Fed R. Civ. P. 26(a)(1)(A). These disclosures include "the name and, if known, the address and telephone number of each individual likely to have discoverable information"; "a copy…of all documents, electronically stored information, and tangible things that the disclosing party has in its possession…and may use to support its claims or defenses"; "a computation of each category of damages claimed by the disclosing party"; and "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action". Fed R. Civ. P. 26 (a)(1)(A).

The Plaintiff "must supplement or correct its disclosure or response…in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or as ordered by the court." Fed R. Civ. P. 26 (e)(1). The Plaintiff has yet to provide her initial disclosures, even though she has been given ample time to produce and supplement these disclosures. A discovery request is not needed for these initial disclosures, and yet the Plaintiff has still failed to provide them.

JURHA's counsel has repeatedly conferred in good faith with Plaintiff's counsel attempting to obtain these discovery responses and has given the Plaintiff numerous time extensions, in good faith, to attempt to receive the requested discovery responses. See Exhibits B, C, D, E, and F to the Motion. The Plaintiff has still not provided JURHA with any responses to JURHA's discovery requests, three (3) months after the requests were made, and JURHA now lacks confidence that

the Plaintiff will provide these responses without an Order. The discovery sought by JURHA is necessary for JURHA to be able to litigate this case. As a result, the defendant is entitled to an Order compelling the Plaintiff to respond to the discovery.

WHEREFORE, JURHA respectfully requests that the Court enter an Order compelling the Plaintiff to fully respond to discovery and provide Initial Disclosures within seven (7) days.

Respectfully submitted,

James D. Robertson (ABN 95181)
***Attorney for Defendants***
BARBER MUNSON
One Allied Drive, Suite 1600
Little Rock, Arkansas 72202
Telephone: (501) 372-6175
E-mail: jrobertson@barbermunson.com