IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY THOMPSON PLAINTIFF

Vs. Case No. 3:25-cv-00246-KGB

JURHA HOUSING AND COMMUNITY
DEVELOPMENT ORGANIZATION, *et al.* DEFENDANTS

**DEFENDANT JURHA'S RESPONSE TO**
**MOTION TO CONTINUE PLAINTIFF'S DEPOSITION**

Comes now Defendant, JURHA Housing and Community Development Organization, a Nonprofit Corporation (hereinafter "JURHA"), by and through counsel, Barber Munson, and for its Response to Plaintiff's Motion to Continue Plaintiff's Deposition, states:

1. On September 25, 2026, the parties agreed to set the deposition of Plaintiff on November 30, 2026. This date was set after the plaintiff provided belated responses to discovery following the filing of a motion to compel. The Plaintiff has never provided Initial Disclosures; the Defendants timely provided their Initial Disclosures.

2. On October 15, 2026, Plaintiff served its first set of discovery to JURHA, and JURHA and counsel began working on the responses. On Nevember 13, 2026, the undersigned counsel for JURHA requested an extension because the documents provided by JURHA could not be reviewed and prepared by the deadline; it was necessary to remove the attorney-client communications and other matters that were not subject to disclosure. Counsel for Plaintiff did not object and agreed to an extension to November 30, 2026. See Exhibit A.

3. On November 18, 2026, a Notice of Plaintiff's Deposition was served on counsel for Plaintiff.

4. On the afternoon of Monday, November 23, 2026, JURHA completed its responses to discovery.

5. On Tuesday, November 24, 2026, counsel for Plaintiff moved to continue the deposition of Plaintiff because the discovery responses were not available to prepare for Ms. Thompson's deposition. However, the discovery responses were provided to counsel for Plaintiff approximately 1 hour after the Motion to Continue the Deposition was served upon counsel for JURHA. See Exhibit B.

6. Counsel for Plaintiff never conferred with counsel for JURHA prior to serving the Motion for Continuance.

7. Continuing the deposition will potentially prejudice JURHA because the discovery cutoff is fast approaching, and the deposition should not be continued unless the other internal deadlines are extended.

8. In the absence of the Court's other internal deadlines being continued, JURHA objects to the continuance of the plaintiff's deposition.

WHEREFORE, JURHA respectfully requests that the Motion to Continue be denied.

Respectfully submitted,

James D. Robertson (ABN 95181)
*Attorney for Defendants*
BARBER MUNSON
One Allied Drive, Suite 1600
Little Rock, Arkansas 72202
Telephone: (501) 372-6175
E-mail: jrobertson@barbermunson.com